McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner
California Bar No. 58553
(*admitted pro hac vice*)
  *Jim.wagoner@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Plaintiff
GEICO County Mutual Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GEICO COUNTY MUTUAL INSURANCE COMPANY, a Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN A. ANDERSON, an Individual; JONATHAN R. ANDERSON, an Individual; Alixandria Burton as Special Administrator of the ESTATE OF WALTER R. ANDERSON; ANDREW JAMES RODRIGUEZ, an Individual,<br><br>  Defendants. | Case No. 2:23-cv-00985-JCM-DJA<br>**ORDER RE:**<br>**MOTION TO ENLARGE TIME TO SERVE DEFENDANTS** |

Plaintiff GEICO County Mutual Insurance Company ("GEICO"), by and through its attorneys of record, the law firm McCormick, Barstow, Sheppard, Wayte & Carruth LLP, hereby moves this Honorable Court pursuant to FRCP 4(e) and NRCP 4(e)(1) for Order enlarging the time allowed to serve the Summons and Complaint on Defendants Ryan A. Anderson, Jonathan R. Anderson, Alixandria Burton as Special Administrator of the Estate of Walter R. Anderson and Andrew James Rodriguez.

## I.  INTRODUCTION AND FACTUAL BACKGROUND

GEICO instituted this declaratory relief action on June 27, 2023 seeking to have this Court declare that the claims of Ryan Anderson, Jonathan Anderson and Alixandria Burton as Special Administrator of the Estate of Walter R. Anderson, are all derivative in nature arising from the death of Decedent Walter R. Anderson, and that under the terms and conditions of GEICO policy no. 4335-88-94-83, they are not entitled to recover from GEICO on any judgment in the Underlying Action entitled *Anderson v. Rodriguez,* Clark County District Court, Nevada case no. A-21-838344-C (the "Underlying Action") against any covered person for an amount in excess of the policy's $100,001 "Each Person" limit. *See* ECF No. 1.  The summonses as to all Defendants were issued on June 29, 2023.  *See* ECF Nos. 6, 6-1, 6-2, and 6-3.  GEICO filed its Amended Complaint for Declaratory Relief on July 13, 2023 to correct the inadvertent inclusion of its Named Insureds, David Lara and Sylvia Rodriguez, as named defendants to the declaratory relief action.  *See* ECF No. 10.

On July 31, 2023, in an attempt to formally serve the Summons and First Amended Complaint, counsel for GEICO prepared correspondence to counsel representing Defendants Ryan Anderson, Jonathan Anderson and Alixandria Burton as Special Administrator of the Estate of Walter R. Anderson (the "Anderson Defendants") in the Underlying Action enclosing a copy of the Amended Complaint for Declaratory Judgment filed on July 13, 2023, the accompanying court documents, and a Notice and Acknowledgment of Receipt of Summons and Complaint requesting they accept service on behalf of the Anderson Defendants.  *See* July 31, 2023 Correspondence to Peter S. Christiansen, Esq., attached hereto as Exhibit 1.  An identical letter was addressed and sent that same date by counsel for GEICO to counsel for Defendant Andrew Rodriguez in the Underlying Action.  *See* July 31, 2023 Correspondence to Craig S. Newman, Esq., attached hereto as Exhibit 2.

Shortly thereafter, the parties to the Underlying Action reached a settlement.  *See* Notice of Settlement filed August 9, 2023 in Clark County District Court, Nevada case no. A-21-838344-C, attached hereto as Exhibit 3.  A status check in the Underlying Action regarding the settlement has been scheduled for September 12, 2023 at 9:15 a.m. before the Hon. Jasmin Lilly-Spells in Department 23.  *See* Notice of Hearing filed August 28, 2023, attached hereto as Exhibit 4.

The current deadline for GEICO to serve all Defendants in this declaratory relief action is

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2   Case No. 2:23-cv-00985-JCM-DJA
MOTION TO ENLARGE TIME TO SERVE DEFENDANTS

September 25, 2023. FRCP 4(m). If the settlement in the Underlying Action becomes finalized pursuant to the filing of dismissal with prejudice, the instant declaratory relief action will become moot. However, if for any reason the settlement in the Underlying Action should not be finalized or otherwise fall through, GEICO will likely need to proceed with the instant action.

Based on the foregoing, GEICO respectfully requests an extension of ninety (90) days within which to serve all Defendants in this declaratory relief action. If the Underlying Action should resolve as anticipated, service will not need to be effectuated and the instant action may be dismissed. However, if the Underlying Action should not resolve, the instant action may need to proceed.

An enlargement of time to serve Defendants does not prejudice any party because this action will either be dismissed or the parties will be formally served personally. Further, an enlargement of time is in the interest of judicial economy, preserving the instant action should it need to move forward rather than being dismissed on grounds of lack of timely service and requiring GEICO to refile its Complaint at a later date.

## II.  LAW AND ARGUMENT

### A.  Motion to Enlarge Time to Serve All Defendants.

Local Rule of Practice LR IC 3-1(d), states in relevant part: "In the absence of a court order, the applicable Federal Rules, statutes, or local rules govern computing and extending time for serving and filing of all documents notwithstanding any contrary deadline in a Notice of Electronic Filing."

FRCP 6(b) provides:

> (b)  Extending Time.
>
> (1)  In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A)  with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires ….

Here, good cause exists for an Order enlarging the time to serve the Summons and Complaint on all Defendants. After filing its Amended Complaint for Declaratory Relief, GEICO attempted

to have the defendants served via Notices of Acknowledgment and Receipt. Shortly thereafter, however, the parties in the Underlying Action reached a tentative settlement, which, if finalized, will render the instant declaratory relief action moot. GEICO therefore seeks this extension of time to allow the settlement of the Underlying Action to become finalized without foregoing its right to pursue the declaratory relief action should the Underlying Action settlement not be finalized for some unknown, unanticipated reason. Should the latter happen, GEICO will immediately re-enlist efforts to personally serve the parties.

As demonstrated above, good cause exists for an Order enlarging the time by ninety (90) days to serve the Summons and Amended Complaint for Declaratory Relief on all Defendants.

### III.   CONCLUSION

Based on the foregoing, Plaintiff GEICO County Mutual Insurance Company respectfully requests an Order enlarging the time to serve all Defendants to a date of ninety (90) days after the date of the Court's order granting this Motion.

Dated:  August 31, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:  /s/ Jonathan W. Carlson
James P. Wagoner
Nevada Bar No.
Jonathan W. Carlson
Nevada Bar No. 10536
Mandy Vogel
Nevada Bar No. 16150
Attorneys for Plaintiff
GEICO County Mutual Insurance Company

9324837.1

**IT IS SO ORDERED.**  Plaintiff shall have until November 29, 2023 within which to serve Defendants.

DATED this 5th day of September, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

4                    Case No. 2:23-cv-00985-JCM-DJA
MOTION TO ENLARGE TIME TO SERVE DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2023, a true and correct copy of **MOTION TO ENLARGE TIME TO SERVE DEFENDANTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Susan Kingsbury
an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

5   Case No. 2:23-cv-00985-JCM-DJA
MOTION TO ENLARGE TIME TO SERVE DEFENDANTS

# EXHIBIT 1



**McCORMICK BARSTOW LLP**
ATTORNEYS AT LAW

James P. Wagoner
jim.wagoner@mccormickbarstow.com

*Certified Appellate Law Specialist certified by the Board of Legal Specialization of the California State Bar.

**FRESNO, CA OFFICE**
7647 North Fresno Street
Fresno, California 93720
P.O. Box 28912
Fresno, CA 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

**Other offices of**
**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

www.mccormickbarstow.com

**BAKERSFIELD, CA OFFICE**
5060 California Ave., Suite 1090
Bakersfield, California 93309
Telephone (661) 616-1594
Fax (661) 616-1595

**CINCINNATI, OH OFFICE**
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

**LAS VEGAS, NV OFFICE**
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

**MODESTO, CA OFFICE**
1125 I Street, Suite 1
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

**RENO, NV OFFICE**
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone (775) 333-0400
Fax (775) 333-0412

**SAN LUIS OBISPO, CA OFFICE**
1041 Mill Street, Suite 105
San Luis Obispo, California 93401
Telephone (805) 541-2800
Fax (805) 541-2802

July 31, 2023

*Via Email: Pete@christiansenlaw.com*

Peter S. Christiansen, Esq.
Christiansen Trial Lawyers
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101

Re:   *Ryan Anderson v. Andrew James Rodriguez,* District Court, Clark County Nevada, Case No. A-21-838344-C

*GEICO County Mutual Insurance Company v. Ryan Anderson, et al.* District Case No. 2-23-cv-00985-JCM-DJA

Dear Mr. Christiansen:

This Firm and the undersigned are counsel of record for GEICO County Mutual Insurance Company ("GEICO") in the above-referenced declaratory relief action. Enclosed herewith is a copy of the Amended Complaint for Declaratory Relief filed on July 13, 2023, the accompanying court documents, and a Notices and Acknowledgments of Receipt of Summons and Complaint.

We ask that you accept service for Defendants Ryan A. Anderson, Jonathan R. Anderson, and Alexandria Burton as the Special Administrator for the Estate of Walter R. Anderson by way of the enclosed Notices and Acknowledgments of Receipt and return a signed copy of the Acknowledgments to our office. Otherwise, we will have no choice but to attempt to have the documents formally served.

Please contact our office if you have any questions. Thank you for your assistance.

Very truly yours,

*[signature]*

James P. Wagoner
McCormick Barstow LLP

Enclosures

9207264.1

# EXHIBIT 2



**McCORMICK BARSTOW LLP**
ATTORNEYS AT LAW

James P. Wagoner
jim.wagoner@mccormickbarstow.com

*Certified Appellate Law Specialist certified by the Board of Legal Specialization of the California State Bar.

**FRESNO, CA OFFICE**
7647 North Fresno Street
Fresno, California 93720
P.O. Box 28912
Fresno, CA 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

**Other offices of**
**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

www.mccormickbarstow.com

**BAKERSFIELD, CA OFFICE**
5060 California Ave., Suite 1090
Bakersfield, California 93309
Telephone (661) 616-1594
Fax (661) 616-1595

**CINCINNATI, OH OFFICE**
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

**LAS VEGAS, NV OFFICE**
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

**MODESTO, CA OFFICE**
1125 I Street, Suite 1
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

**RENO, NV OFFICE**
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone (775) 333-0400
Fax (775) 333-0412

**SAN LUIS OBISPO, CA OFFICE**
1041 Mill Street, Suite 105
San Luis Obispo, California 93401
Telephone (805) 541-2800
Fax (805) 541-2802

July 31, 2023

*Via Email: cnewman@sklar-law.com*

Craig S. Newman, Esq.
Sklar Williams PLLC
410 South Rampart Blvd., Ste. 350
Las Vegas, Nevada  89145

Re:  *Ryan Anderson v. Andrew James Rodriguez,* District Court, Clark County Nevada, Case No. A-21-838344-C

*GEICO County Mutual Insurance Company v. Ryan Anderson, et al.*
District Case No. 2-23-cv-00985-JCM-DJA

Dear Mr. Newman:

This Firm and the undersigned are counsel of record for GEICO County Mutual Insurance Company ("GEICO") in the above-referenced declaratory relief action. Enclosed herewith is a copy of the Amended Complaint for Declaratory Relief filed on July 13, 2023, the accompanying court documents, and a Notice and Acknowledgment of Receipt of Summons and Complaint.

We ask that you accept service for Defendant Andrew James Rodriguez by way of the enclosed Notice and Acknowledgment of Receipt and return a signed copy of the Acknowledgment to our office.  Otherwise, we will have no choice but to attempt to have the documents formally served.

Please contact our office if you have any questions.  Thank you for your assistance.

Very truly yours,

James P. Wagoner
McCormick Barstow LLP

Enclosures

9208736.1

# EXHIBIT 3

Electronically Filed
8/9/2023 11:42 AM
Steven D. Grierson
CLERK OF THE COURT

**NOTC**
THOMAS E. WINNER
Nevada Bar No. 5168
ZACHARY W. LIVINGSTON
Nevada Bar No. 15954
Winner & Booze
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
zlivingston@winnerfirm.com
*Attorney for Defendant*

EIGHTH JUDICIAL DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| RYAN A. ANDERSON, JONATHAN R. ANDERSON, ALIXANDRIA BURTON, as Special Administrator of the ESTATE OF WALTER R. ANDERSON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW JAMES RODRIGUEZ, an individual; SABRINA WENGER, an individual; KEATON SCOTT LUTHER, an individual; , LUTHER CAPITAL, LLC, a Domestic Limited-Liability Company; SCOTT L. HUSS, LLC, an individual; ALL STAR CARS, LLC., a Domestic Limited Liability Company; CORY MCCORMACK, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: A-21-838344-C<br>DEPT. NO.: XXIII<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties to the above-entitled action have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs.

Page 1 of 3

It is expected that the settlement documents can be exchanged, and this matter will be fully resolved, with a Stipulation and Order for Dismissal with Prejudice filed with the Court within the next 30 days.

DATED this 9th day of August, 2023.

WINNER & BOOZE

/s/ Zach Livingston
THOMAS E. WINNER
Nevada Bar No. 5168
ZACHARY W. LIVINGSTON
Nevada Bar No. 15954
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
*twinner@winnerfirm.com*
Attorney for Defendant
Andrew Rodriguez

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of August, 2023, the foregoing NOTICE OF SETTLEMENT was served on the following by [ ] Electronic Service pursuant to NEFR 9 [X] Electronic Filing and Service pursuant to NEFR 9 [ ] hand delivery  [ ] overnight delivery  [ ] fax  [ ] fax and mail  [ ] mailing by depositing with the U.S. mail in Las Vegas, Nevada, enclosed in a sealed envelope with first class postage prepaid, addressed as follows:

R. Todd Terry
Kendelee L. Works
Christiansen Trial Lawyers
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

/s/ Sherri Leyva
An employee of WINNER & BOOZE

# EXHIBIT 4

**Electronically Filed**
**8/28/2023 9:10 AM**
**Steven D. Grierson**
**CLERK OF THE COURT**

DISTRICT COURT

CLARK COUNTY, NEVADA

\*\*\*\*

| RYAN ANDERSON, PLAINTIFF(S) | CASE NO.: A-21-838344-C |
|---|---|
| VS. | |
| ANDREW RODRIGUEZ, DEFENDANT(S) | DEPARTMENT 23 |

## NOTICE OF HEARING

TO:   Peter S Christiansen
      R. Todd Terry
      Kendelee Leascher Works
      Whitney Barrett
      Craig S. Newman
      Johnathon Fayeghi
      Steven C. Devney
      John Holiday
      Michael L. Shirts
      Philip Goodhart
      Patrick J. Sheehan
      Michael C. Van
      Garrett R. Chase

Please be advised that the above-entitled matter has been scheduled for Status Check: Settlement Documents, to be heard by the Honorable JASMIN LILLY-SPELLS, at the Regional Justice Center, 200 Lewis Ave, Las Vegas, Nevada 89155, on the 12th day of September, 2023, at the hour of 9:15 AM, in RJC Courtroom 12D, Department 23.

YOUR PRESENCE IS NECESSARY

HONORABLE JASMIN LILLY-SPELLS

/s/ Deborah Boyer

By:   Deborah Boyer
      Judicial Executive Assistant

JASMIN LILLY-SPELLS
DISTRICT JUDGE
DEPARTMENT 23
LAS VEGAS, NV 89101

Case Number: A-21-838344-C

# **CERTIFICATE OF SERVICE**

I hereby certify that on or about the date e-filed, I served a copy of the foregoing document.

John Holiday
SHUMWAY VAN
Attn: John R. Holiday, Esq.
8985 South Eastern Avenue
Las Vegas, NV 89101

Kendelee Leascher Works
Christiansen Trial Lawyers
Attn: Kendelee Works, Esq
710 S. 7th Street
Las Vegas, NV 89101

Patrick J. Sheehan
Fennemore Craig, P.C
Attn: Patrick J. Sheehan, Esq
9275 W. Russell Rd. Suite 240
Las Vegas, NV 89148

Steven C. Devney
Winner & Booze
Attn: Steven C. Devney, Esq
1117 South Rancho Drive
Las Vegas, NV 89102

/s/ Deborah Boyer

Deborah Boyer
Judicial Executive Assistant
Department 23

JASMIN LILLY-SPELLS
DISTRICT JUDGE
DEPARTMENT 23
LAS VEGAS, NV 89101